UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARDO GUERRERO, | ) Case No. EDCV 08-0932-R(RC) |
| Petitioner | ) JUDGMENT |
| vs. | ) |
| LARRY SMALL (Warden), | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: June 4, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

R&Rs\08-0932.jud
5/3/10